United States District Court
Southern District of Texas
**ENTERED**
August 30, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

No. 3:19-CV-307

LAWRENCE CHRISTOPHER WILLIAMS, TDCJ # 02019403, PLAINTIFF,

v.

TAWONA HOLMES, *ET AL.*, DEFENDANTS.

## ORDER

JEFFREY VINCENT BROWN, *UNITED STATES DISTRICT JUDGE*:

On July 22, 2022, the court dismissed this case without prejudice under Federal Rule of Civil Procedure 41(b). The dismissal order informed the plaintiff that the case could be reinstated if he submitted his supplemental more definite statement, as previously ordered.

Williams has filed a motion requesting that the court reinstate his case. He states that he complied with the order for a supplemental more definite statement, but the post office returned the mailing to him because of insufficient postage. He further states that he re-mailed the supplemental more definite statement to the court.

To date, the court has not received Williams's supplemental more definite statement.  Therefore, his request for reinstatement is denied at this time. Dkt. 44.

The court will reconsider this order and reinstate Williams's case if he submits his supplemental more definite statement on or before September 30, 2022.

The Clerk will provide a copy of this to the plaintiff and to *amicus curiae*.

Signed on Galveston Island this  30th  day of  August_____, 2022.

_____

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE